# In the United States Court of Federal Claims

No. 15-294 C
(Filed April 27, 2015)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
J. CASARETTI, et al.,            *
                                 *
              Plaintiffs,        *
                                 *
    v.                           *
                                 *
THE UNITED STATES,               *
                                 *
              Defendant.         *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

Plaintiffs filed a motion on April 22, 2015, seeking leave to file the written consents of plaintiffs to this collective action under seal.  Chambers contacted government counsel, who does not oppose the motion.  Accordingly, this motion is **GRANTED** and the Clerk shall file under seal all consent forms submitted by plaintiffs in this case.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge
